**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1828**

MATTHEW J. HILGEFORD,

                    Plaintiff – Appellant,

          v.

AMERICAN INTERNATIONAL GROUP, INCORPORATED; NATIONAL UNION
FIRE INSURANCE COMPANY OF PITTSBURGH, PA; AIG DOMESTIC
CLAIMS, INCORPORATED a/k/a AIG Claim Services, Incorporated;
BANK OF AMERICA N.A., (National Association),

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   James R. Spencer, Chief
District Judge.   (3:09-cv-00440-JRS)

Submitted:  November 17, 2009      Decided:  November 19, 2009

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Matthew J. Hilgeford, Appellant Pro Se.   Robert Barnes Delano,
Jr., SANDS, ANDERSON, MARKS & MILLER, Richmond, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew J. Hilgeford, who proceeds in forma pauperis, appeals the district court's order dismissing his action against Defendants under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we affirm the district court's order. <u>See</u> <u>Hilgeford v. Am. Int'l Group, Inc.</u>, No. 3:09-cv-00440-JRS (E.D. Va. July 17, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>